1

**UNITED STATES ex rel. Fred FRAZER, Appellant, v. Daniel E. BREITENSTEIN, U. S. Marshal, Respondent.**

**UNITED STATES ex rel. Frederick V. GRIESMAN v. SAME.**

(Circuit Court of Appeals, Second Circuit. June 17, 1926.)

Nos. 260, 274.

Appeals from the District Court of the United States for the Northern District of New York.

Appeals from orders discharging writs of habeas corpus, entered in the District Court for the Northern District of New York.

Costello, Cooney & Fearon, of Syracuse, N. Y. (George R. Fearon and David F. Costello, both of Syracuse, N. Y., and Herbert Pope and Frank E. Harkness, both of Chicago, Ill., of counsel), for appellant Frazer.

William E. Woollard, of Albany, N. Y., and Herbert Pope and Frank E. Harkness, both of Chicago, Ill., for appellant Griesman.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., and William J. Donavan, Asst. Atty. Gen., opposed.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Orders affirmed, upon the authority of United States ex rel. Hughes v. Gault, 46 S. Ct. 459, 70 L. Ed. —— (May 3, 1926).

2

**UNITED STATES ex rel. Frieda S. KATIBAH, Relator-Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent-Appellee.**

(Circuit Court of Appeals, Second Circuit. May 11, 1926.)

No. 350.

Appeal from the District Court of the United States for the Southern District of New York.

Peter S. George, of New York City (G. W. Riley, of New York City, of counsel), for appellant.

Emory R. Buckner, U. S. Atty., of New York City (N. R. Margold, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

3

**UNITED STATES ex rel. Louis J. McGRATH, Appellant, v. W. Frank MATHUES, United States Marshal, Appellee. UNITED STATES ex rel. Edwin C. DONAGHY, Appellant, v. W. Frank MATHUES, United States Marshal, Appellee. UNITED STATES ex rel. A. E. SHAW, Appellant, v. W. Frank MATHUES, United States Marshal, Appellee. UNITED STATES ex rel. H. Lloyd HESS, Appellant, v. W. Frank MATHUES, United States Marshal, Appellee.**

(Circuit Court of Appeals, Third Circuit. June 10, 1926.)

Nos. 3324–3327.

Appeal from the District Court of the United States for the Eastern District of Pennsylvania.

John M. Groff, of Lancaster, Pa., for relator Hess.

John J. Sullivan, of Philadelphia, Pa., for relator McGrath.

Duane, Morris & Heckscher, of Philadelphia, Pa., for relators Shaw and Edwin C. Donaghy.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and GIBSON, District Judge.

PER CURIAM. On due consideration had, this court reached the opinion that the appellants should be remanded to the Northern district of Ohio for trial. In view of the fact that the same question was before the Supreme Court, we deferred filing our opinion. The recent decision of that case, in United States v. Gault, 46 S. Ct. 459, 70 L. Ed. ——, confirms our view and relieves us of the necessity of supporting our conclusion by an opinion in these cases.

The order dismissing the petitions for writs of habeas corpus in all these cases, and directing the issuance of warrants of removal as to H. Lloyd Hess, Edwin C. Donaghy, and A. E. Shaw, and postponing action on the petition for a warrant of removal as to Louis J. McGrath, pending a hearing by the District Court on his condition of health, is affirmed.